**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ROBERT L. MORE, *et al.*,<br><br>            Plaintiffs,<br><br>      v.<br><br>JOHN W. SNOW, Secretary,<br>Department of Treasury,<br><br>            Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 99-3373 (EGS)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| JOSEPH GUION, *et al.*,<br><br>            Plaintiffs,<br><br>      v.<br><br>JOHN W. SNOW, Secretary,<br>Department of Treasury,<br><br>            Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 02-321 (EGS)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is by the Court hereby

**ORDERED** that defendants' motion for summary judgment is **GRANTED in part and DENIED in part**; and it is

**FURTHER ORDERED** that all of plaintiffs' claims **EXCEPT** (1) More's age discrimination claim for the 1998-130-YDC promotions, and (2) the age discrimination claims of Guion, More, Hughes, Haynesworth, Watson, and Williams for the 2001-002-GCM promotions, are **DISMISSED with prejudice**; and it is

**FURTHER ORDERED** that plaintiffs' motion for sanctions is **DENIED,** the denial being **without prejudice** with regard to the missing KSA files, and **with prejudice** with regard to Commander Ashton's notes; and it is

**FURTHER ORDERED** that the parties shall jointly submit a recommendation for future proceedings in this case by no later than April 20, 2007.

**SO ORDERED.**

**Signed:   Emmet G. Sullivan**
**          United States District Judge**
**          March 30, 2007**